Hanna Larsen (Utah #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
hanna@suwa.org

*Attorney for Plaintiff*
*Southern Utah Wilderness Alliance et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BEAVER COUNTY, UTAH, a political subdivision, and the STATE OF UTAH, | Case No. 2:12-CV-00423-CW |
| Plaintiffs, | District Judge Clark Waddoups |
| v. | |
| UNITED STATES OF AMERICA, | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendant, | |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE *et al.*, | |
| Defendant-Intervenors. | |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiffs Southern

Utah Wilderness Alliance *et al.* in the above-titled action. Pursuant to Fed. R. Civ. P. 5, all

further notice and copies of pleadings, papers, and other materials relevant to this action should

be directed to and served upon:

2

Hanna Larsen
hanna@suwa.org
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111

DATED:        July 7, 2025

Respectfully submitted,

*/s/ Hanna Larsen*
Hanna Larsen

## CERTIFICATE OF SERVICE

I certify that on July 7, 2025, I served a copy of the foregoing Notice of Appearance of

Counsel via the Court's CM/ECF System, which will serve all counsel of record.


/s/ Hanna Larsen
Hanna Larsen